UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Huu Quang Le

    v.                                     Case No. 26-cv-130-SE

Strafford County Department of
Corrections, Superintendent et al


JUDGMENT

Judgment is hereby entered in accordance with the following:

1. Order by Chief Judge Samantha D. Elliott dated March 4, 2026; and

2. Endorsed Order by Chief Judge Samantha D. Elliott dated April 8, 2026.


By the Court:

_____
Tracy A. Uhrin
Clerk of Court


Date: April 9, 2026

cc:  Counsel of Record